

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2025

No. 04-25-00127-CV

**IN RE DOMINO'S PIZZA LLC** and Jorge Zermeno, Relators

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
        Adrian A. Spears II, Justice
        H. Todd McCray, Justice

On February 25, 2025, relators filed a petition for writ of mandamus. After considering the petition, mandamus record, response filed by the real party of interest, and reply, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is DENIED as moot.

It is so **ORDERED** on May 14, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022CI21588, styled *Jimmy Fann v. Domino's Pizza LLC and Jorge Zermeno*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.